1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DANIEL VERDUZCO,                    No.  2:22-CV-0569-TLN-DMC-P

12                 Plaintiff,

13         v.                             ORDER

14    B. JAO, et al.,

15                 Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21            The sufficiency of Plaintiff's complaint and service thereof will be addressed

22    separately.

23            IT IS SO ORDERED.

24

25    Dated:  April 20, 2022

26                                         _____
                                           DENNIS M. COTA
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                            1