IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VERDUZCO,<br><br>    Plaintiff,<br><br>    v.<br><br>B. JAO, et al.,<br><br>    Defendants. | No. 2:22-CV-0569-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 13, for a 90-day extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time in order to clearly articulate his claims as against each of the numerous defendants named in the action, Plaintiff's motion is granted in part. Plaintiff shall file a first amended complaint within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: December 23, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1