1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL VERDUZCO,                          No.  2:22-CV-0569-TLN-DMC-P

12              Plaintiff,

13        v.                                    ORDER

14    B. JAO, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court are motions for extensions of time as follows: (1) 14

19   days additional time for the California Department of Corrections and Rehabilitation (CDCR) to

20   file notices of intent to either waive or not waive personal service, see ECF No. 31; and (2) 30

21   days additional time for those defendants waiving personal service to file waivers, see ECF No.

22   34.

23          Good cause appearing therefor, the motion for additional time for CDCR to file

24   notices of intent to either waive or not waive service is granted.  The notices filed on August 20,

25   2024, ECF Nos. 32 and 33, will be deemed timely.  Good cause also appearing therefor based on

26   counsel's declaration indicating the need for additional time to obtain representation authorization

27   for those defendants waiving personal service, Defendants' motion for an extension of time to file

28   waivers will be granted.

                                                    1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2        1.    The pending motions for extensions of time, ECF Nos. 31 and 34, are

3    granted.

4        2.    The notices filed on August 20, 2024, ECF Nos. 32 and 33, are deemed

5    timely.

6        3.    Those defendants waiving personal service shall file waivers within 30

7    days of the date of this order.

8

9    Dated:  September 18, 2024

10                                                DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2