UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VERDUZCO,<br><br>  Plaintiff,<br><br>  v.<br><br>B. JAO, et al.,<br><br>  Defendants. | No. 2:22-CV-00569-TLN-DMC<br><br>**ORDER** |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

    On July 12, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 12, 2024, ECF No. 26, are ADOPTED IN FULL.

2. This action proceeds as to the following claims and Defendants:

    a. Eighth Amendment claims against Defendants Tran and Jao in the first claim alleging deliberate indifference during suicide watch and Plaintiff's self-injury in August 2019.

    b. Eighth Amendment claims against Defendants Areja, Mohammed, and Ojagwu in the second claim alleging deliberate indifference during suicide watch and Plaintiff's self-injury in October 2019.

    c. Eighth Amendment claim against Defendant Sill in the third claim alleging deliberate indifference to Plaintiff's self-injury in May 2020.

3. All other claims are dismissed for failure to state a claim upon which relief can be granted.

4. Defendants Ferrera, Rosenof, Recarey, Lowe, Prasad, Brunner, Martinez, Yang, Blumenthal, Jones, Purtie, and Singh are dismissed for failure to state a claim against whom relief can be granted, and the Clerk of the Court is directed to terminate these parties as Defendants.

5. This matter is referred back to the assigned magistrate judge for further proceedings.

Date: September 24, 2024

Troy L. Nunley
United States District Judge