1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL VERDUZCO,                           No.  2:22-CV-0569-TLN-DMC-P

12                  Plaintiff,

13         v.                                    ORDER

14   B. JAO, et al.,

15                  Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  The parties have filed a stipulation of voluntary dismissal. See ECF No. 49.

19   Because the stipulation has been signed by all parties who have appeared, leave of Court is not

20   required and the action is dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).

21   The Clerk of the Court is directed to close this file.

22          IT IS SO ORDERED.

23   Dated:  June 5, 2025

24                                              _____
                                                DENNIS M. COTA
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28

1